**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2057**

BARTOLA J. PACETTI,

             Plaintiff - Appellant,

      v.

MICHAEL   J.   ASTRUE,   Commissioner   of   Social   Security
Administration; MARY HOLT,

             Defendants – Appellees,

      and

MARK  S.  MILLARD,  Judge;  ALAN  CARLSON;  STATE  OF  CALIFORNIA
OFFICE OF ATTORNEY GENERAL; KATHY RICCI,

             Defendants.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Alexandria.    Liam  O'Grady,  District
Judge.  (1:11-cv-01293-LO-TCB)

Submitted:  December 13, 2012       Decided:  January 2, 2013

Before DAVIS, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bartola  J.  Pacetti,  Appellant  Pro  Se.    Julie  Ann  Edelstein,
OFFICE  OF  THE  UNITED  STATES  ATTORNEY,  Alexandria,  Virginia,  for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bartola J. Pacetti appeals the district court's orders granting Appellees' motion to dismiss and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Pacetti v. Millard, No. 1:11-cv-01293-LO-TCB (E.D. Va. Mar. 27, 2012 & filed Aug. 22, 2012, entered Aug. 23, 2012). We deny Pacetti's motion for a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED